In the Matter of the Application of HIRAM ELFENBEIN, as Assignee of JOHN

* Affd., 258 N. Y. 594.

Simons for an Order Confirming the Award in Arbitration Proceedings between John Simons and Jewish Telegraphic Agency, Inc., and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before the · 2d day of November, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.